ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

TROY POWELL,,

Plaintiff(s),

v.

LELAND DUDEK, Defendant

Case No. 24CV50482
Judge Margaret J. Schneider

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

         which ☐ includes     pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: Defendant's agreed motion for reversal with
remand pursuant to the fourth sentence of 42 U.S.C. §
405(g) is granted. The Acting Commissioner's decision is
remanded for further administrative proceedings.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Margaret J. Schneider by motion for Summary
Judgment.

Date: 2/24/2025                      Thomas G. Bruton, Clerk of Court

Jillian Person , Deputy Clerk